# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN FRANCISO DIVISION*

FILED

DEC 1 2016

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## THE UNITED STATES OF AMERICA
### vs.
## SEAN KRISHANMAKOTO SHARMA

### INDICTMENT

CR 16 484

CRB

**Count One:** 18 U.S.C. §§ 1030(a)(5)(A) &(c)(4)(A)(i)(I)-
Transmission of a Program, Information, Code, and
Command to Cause Damage to a Protected Computer.

*A true bill.*

Karen Williams
_____
**Foreperson**

*Filed in open court this* 1st *day of* December
*A.D. 201*6

_____
*United States Magistrate Judge*
Jacqueline Scott Corley
United States Magistrate Judge

**Bail. $** _____ NO BAIL WARRANT

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT
☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

*FILED*
*DEC ~ 1 2016*
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── OFFENSE CHARGED ───

Second Superseding Information
18 U.S.C. § 1030(a)(5)(A) & (c)(4)(A)(i)(I)
Transmission of a Program, Information, Code, and Command to Cause Damage to a Protected Computer

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
Maximum Term of Imprisonment - 10 years; Maximum Term of Supervised Release - 3 years; Maximum Fine - $250,000; Special Assessment $100

─── DEFENDANT - U.S. ───

► SEAN KRISHANMAKOTO SHARMA

**DISTRICT COURT NUMBER**

CR 16 484
CRB

*SEALED BY COURT ORDER*

─── PROCEEDING ───

Name of Complaintant Agency, or Person (&Title, if any)
FEDERAL BUREAU OF INVESTIGATION

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

} SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person
Furnishing Information on BRIAN J. STRETCH
THIS FORM
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)   Cynthia M. Frey

─── DEFENDANT ───

**IS *NOT* IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
                           ☐ No

**DATE OF ARREST**   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ►   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── ADDITIONAL INFORMATION OR COMMENTS ───

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT   Bail Amount: NONE

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: _____

Before Judge: _____

Comments:

BRIAN J. STRETCH (CABN 163973)
United States Attorney

*FILED*

DEC ~ 1 2016

SU... Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEALED
BY COURT ORDER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

**CRB**

**CR 16     484**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | VIOLATION: 18 U.S.C. §§ 1030(a)(5)(A) & (c)(4)(A)(i)(I) - Transmission of a Program, Information, Code, and Command to Cause Damage to a Protected Computer |
| v. | |
| SEAN KRISHANMAKOTO SHARMA, | |
| Defendant. | SAN FRANCISCO VENUE |
| | **UNDER SEAL** |

# I N D I C T M E N T

The Grand Jury charges:

## BACKGROUND

1. At all times relevant to this Indictment:

    a. Chatango, LLC ("Chatango") was a company headquartered in San Francisco that provides online chat services to third party web sites.

    b. The computer servers of Chatango were used in and affecting interstate and foreign commerce and communication and were "protected computers" pursuant to 18 U.S.C. § 1030(e)(2)(B).

INDICTMENT

c.    Defendant SEAN KRISHANMAKOTO SHARMA ("SHARMA") resided in La Canada, California.

d.    A Distributed Denial of Service ("DDoS") attack was a type of malicious computer activity where an attacker sends a large number of requests to the victim computer with the intent to render the victim computer unable to handle legitimate network traffic.  The victim computer becomes unable to perform its intended function and legitimate users are denied the service of the computer.

2.    Xtreme Fire was described on the "Xtreme.cc" as, "basically a Linux Botnet Ddos Tool."

COUNT ONE:  (18 U.S.C. § 1030(a)(5)(A), (c)(4)(A)(i)(I) - Transmission of a  Program, Information, Code, and Command to Cause Damage to a Protected Computer)

3.    The factual allegations at Paragraphs One and Two are re-alleged as if set forth fully therein.

4.    On or about November 6, 2014, through January 20, 2015, in the Northern District of California and elsewhere, the defendant,

SEAN KRISHANMAKOTO SHARMA,

did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, to wit, the defendant caused the transmission of the Xtreme Fire DDoS tool to Chatango's web servers, a computer used in interstate and foreign commerce and communication, and, by such conduct caused loss to 1 or more persons during a 1-year period from the defendant's course of conduct affecting protected

//
//
//
//
//
//
//

INDICTMENT

2

1 | computers aggregating at least $5,000 in value.

2 | All in violation of Title 18, United States Code, Sections 1030(a)(5)(A) & (c)(4)(A)(i)(I).

3 | Dated: *12/1/16*                                    A TRUE BILL.

4

5 | *Karen Williams*
   | FOREPERSON

6 | BRIAN J. STRETCH
   | United States Attorney

7

8

   | MATTHEW A. PARRELLA
9 | Chief, CHIP Unit

10

11 | (Approved as to form: 
    | AUSA CYNTHIA FREY

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28 | INDICTMENT
                                    3