UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:  July 5, 2017                                    Judge:  Honorable Charles R. Breyer

Court Reporter:  Leo Mankiewicz
Time: 9 Minutes
Case No.:  CR16-0484-1 CRB
Case Name:  USA v. Sean Krishanmakoto Sharma (Present)(NC)

Attorney(s) for Government: Cynthia Frey
Attorney(s) for Defendant(s): Edwin Prather
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lashanda Scott

PROCEEDINGS

Change of Plea hearing held.  Defendant was sworn.  Defendant plead guilty to Count 1 of the Indictment.  Plea Agreement signed and filed in open court.  Sentencing hearing set for October 11, 2017 at 10:00 a.m.